

## NUMBER 13-14-00264-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### EX PARTE REYNA MEJORADO

**On appeal from the 329th District Court
of Wharton County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to affirm in part and reverse and render in part. The parties ask this Court to affirm in part and reverse and render in part the Order of Expunction entered by the 329th Judicial District Court of Wharton County, Texas on November 15, 2013 in Cause No. 46,982. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The parties have agreed: that Mejorado is not entitled to an expunction of any records related to her arrest for criminal trespass on or about February 19, 2002 because that offense was taken into consideration during the sentencing of another charge; that

the order of expunction relating to arrest for criminal trespass should be reversed and judgment should be rendered denying the expunction; and that the remainder of the order of expunction should be affirmed.

We REVERSE, in part, the order of expunction entered on November 15, 2013 as it pertains to the arrest for criminal trespass, and RENDER judgment denying expunction of that arrest. The remainder of the order of expunction is AFFIRMED. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed on the
14th day of August, 2014.

2